1  MARK GOLDROSEN, CBN 101731
   Attorney at Law
2  255 Kansas Street, Suite 340
   San Francisco, California 94103
3  Telephone: (415) 565-9600
   Facsimile: (415) 565-9601
4  markgoldro@aol.com

5  DONALD R. KNIGHT, ESQ. (COBN 12838)
   Attorney at Law
6  7852 S. Elati Street
   Suite 201
7  Littleton, CO 80120
   Telephone: (303) 797-1645
8  Facsimile: (303) 730-0858
   don@dknightlaw.com
9
   Attorneys for Defendant
10 MICHAEL REBOLLEDO

11               UNITED STATES DISTRICT COURT

12              NORTHERN DISTRICT OF CALIFORNIA

13                   SAN FRANCISCO VENUE

14 UNITED STATES OF AMERICA,        )   No. 18-cr-00119-006 RS
                                    )
15        Plaintiff,                )
                                    )   ADDITIONAL LETTERS IN
16                                  )   SUPPORT OF DEFENDANT
                                    )   REBOLLEDO'S SENTENCING
17    vs.                           )   MEMORANDUM
                                    )
18 MICHAEL REBOLLEDO,               )
                                    )
          Defendant.                )
19                                  )   DATE: January 13, 2026
                                    )   TIME: 9:30 a.m.
20 _____  )   DEPT: Hon. Richard Seeborg

21        Defendant MICHAEL REBOLLEDO submits three, additional letters in support of

22 his sentencing memorandum. *See* attached exhibit.

23 DATED: January 8, 2026                    Respectfully Submitted,

24                                            /s/ Mark Goldrosen
                                             MARK GOLDROSEN
25                                           DONALD P. KNIGHT
                                             Attorneys for Defendant
26                                           MICHAEL REBOLLEDO

27

28

ADDITIONAL LETTERS IN SUPPORT, CASE NO. 18cr00119-006 RS