UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES

**Date:** January 13, 2026    **Time:** 9:34-9:38; 9:55-10:32    **Judge:** RICHARD SEEBORG

**Sealed Proceeding:** 9:39-9:55 (16 m)
**Total Time:** 58 Minutes

**Case No.:** 18-cr-00119-RS-6    **Case Name:** USA v. Michael Rebolledo

**Attorney for Government:** Richard Ewenstein
**Attorney for Defendant:** Mark Goldrosen, and Donald Knight, CJA
**Defendant:** [X] Present [ ] Not Present
**Defendant's Custodial Status:** [X] In Custody [ ] Not in Custody

**Deputy Clerk:** Karen L. Hom    **Court Reporter:** Kendra Steppler (by Zoom)
**Interpreter:** NA                **Probation Officer:** Denise Mancia

## PROCEEDINGS

Sentencing – Held

## SUMMARY

**Court went into an under-seal proceeding (9:39-9:55). Courtroom unsealed (9:55-10:32)**

Proffers heard.

Mr. Goldrosen stated that he and defendant have reviewed the standard conditions included in the PSR.

Pursuant to the Sentencing Reform Act of 1984, is it the judgment of the Court that Michael Rebolledo is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of 240 months on each of Counts 1, 4, 5, 6, 7 and 8; 120 months as to Count 2; and 36 months as to Count 3, all counts to be served concurrently.

Court recommends that the defendant participate in the Bureau of Prisons' Residential Drug Abuse Treatment program, if eligible, or any other substance abuse/cognitive behavioral therapy program available to the defendant at the designated facility.

Upon release from imprisonment, defendant shall be placed on supervised release for a term of 5 years. This term consists of terms of 5 years on each of Counts 1, and 4-8. 3 years on Count 2, and 1 year on Count 3, all such terms to run concurrently.

Forfeiture of one Steyr .40 caliber semiautomatic pistol seized from the defendant's residence in August of 2006.

Court requests BOP placement in a facility that takes into consideration the safety and security concerns related to the case.
See Judgment for standard and special conditions.

SAF: $800.00 FINE: Waived.

Defendant remanded to the custody of the USM.